**APPROVED, and any motions pending in this matter are to be STRICKEN from this Court's pending motion docket.**

*[Signature: Thomas A. Wiseman Jr.]*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **LASHAWN COVINGTON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3-08-0114 |
| ) | Judge Wiseman |
| **CITY OF GALLATIN, TENNESSEE,** ) | Judge Bryant |
| ) | |
| ) | **JURY DEMAND** |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), F.R.C.P, the parties hereby stipulate to the dismissal of the above-captioned action, with prejudice. No costs will be taxed. Each party will bear their own discretionary costs.

APPROVED BY:

/s/ Marc A. Walwyn
Paul W. Moser, Esq., #022205
Marc A. Walwyn, Esq., #022431
W. Alan Alder, Esq., #023214
1230 Second Avenue South
Nashville, TN 37210
*Attorneys for Plaintiff*


/s/ Timothy P. Harlan
Robert M. Burns, #15383
Timothy P. Harlan, #024469
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201-1107
(615) 244-3370
*Attorneys for Defendant*